UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINZHU JI,

                          Petitioner,

          -against-                                   26-CV-4911 (JGLC)

SCOTT VELEZ,                                          **ORDER**

                          Respondent.

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and

complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the

parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the

Court either: (1) requesting additional time to confer to reach a resolution; or (2) requesting that

the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70)

days of service of the summons and complaint.

Dated:  June 11, 2026
        White Plains, New York

                                         SO ORDERED.

                                         _Jessica Clarke_____
                                         JESSICA G. L. CLARKE
                                         United States District Judge